IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No.  04-cv-00538-ZLW-CBS

MARK L. TEAGUE,

    Plaintiff,

v.

TOWN OF DEL NORTE, COLORADO,

    Defendant.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Consistent with the Court's rulings from the bench during the hearing on June 23, 2005, it is hereby **ORDERED** that Plaintiff's Motion for Leave to Appear by Telephone at His Deposition is **GRANTED**, without prejudice to Defendant's right to move to re-open the deposition for a face-to-face deposition in Denver should the circumstances of the phone deposition prove insufficient.  It is further

    **ORDERED** that Plaintiff's Motion to Compel (filed June 13, 2005) is **GRANTED**, in part, and **DENIED**, in part, for reasons as stated on the record.

**DATED:**   June 23, 2005