IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-Z-0538 (CBS)

MARK L. TEAGUE,

      Plaintiff,

v.

TOWN OF DEL NORTE, COLORADO,

      Defendant.

---

## ORDER OF DISMISSAL

---

      Pursuant to and in accordance with the Stipulation And Agreement To Dismiss With Prejudice, signed by Plaintiff and defense counsel, it is

      ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorney's fees.  It is

      FURTHER ORDERED that all pending motions are moot.

      DATED at Denver, Colorado, this __18__ day of July, 2005.

                        BY THE COURT:

                        s/ Zita L. Weinshienk
                        _____
                        ZITA L. WEINSHIENK, Senior Judge
                        United States District Court